FILED

13 NOV 13 AM 10: 57

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET HOANG DUONG,<br><br>Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. 13-cv-2705-BEN (BLM)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Docket No. 2] |

On November 12, 2013, Plaintiff Viet Hoang Duong (Plaintiff) filed a Complaint against Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), seeking judicial review of a final decision denying Plaintiff's claim for Supplemental Security Income benefits. (Docket No. 1). Plaintiff also filed a Motion to Proceed *In Forma Pauperis* (IFP). (Docket No. 2). The Motion to Proceed IFP is **GRANTED**.

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915,

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses

that the person is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1).

On his form Declaration in Support of his Motion to Proceed IFP, Plaintiff claims that he is unemployed, with a wife and ten-year old twin children. (Mot. at 2). Plaintiff did not answer the question regarding his last employment, but claims that in the last year, his only source of income is money earned by his family, including his wife ($1,000.00 per month), and his ten-year-old twins (more than $700.00 per month each). (*Id.*) He claims there is currently $850.00 in his checking account. (*Id.*) Plaintiff owns two cars, and owes a total of $35,000.00 on his vehicles. (*Id.*) The Court therefore finds that Plaintiff is unable to pay the filing fee.

The Court orders the Clerk to issue the summons and provide Plaintiff with an "IFP Package," consisting of (1) this Order, (2) a certified copy of the Complaint, (3) the summons, and (4) a blank USM Form 285. Plaintiff shall complete the Form 285 and forward it to the U.S. Marshal. The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant, as directed by Plaintiff on Form 285. *See* 28 U.S.C. § 1915(d). All costs of service shall be advanced by the United States. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the Defendant or counsel of Defendant and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED.**

DATED: November __, 2013

HON. ROGER T. BENITEZ
United States District Judge